# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ASAF EREZ,

           Plaintiff,

v.

CHAD STEUR d/b/a CHAD STEUR LAW, LLC; CHAD STEUR LAW, LLC

           Defendants.

NO.  2:12-cv-02109-RSM

**[proposed] ORDER**

Presented by Sharon D. Cousnieau, Attorney for Plaintiff

UPON GOOD CAUSE SHOWN Plaintiff's Motion for Damages, Attorney's Fees, and Costs is hereby GRANTED.  Judgment is hereby entered in favor of Plaintiff, Asaf Erez, and against Defendants, Chad Steur d/b/a/ Chad Steur Law, LLC; Chad Steur Law, LLC in the amount of $17,931.50, reflecting $1,000.00 in statutory damages pursuant to the FDCPA, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), $16,516.50 in attorney's fees, and $415.00 in costs of litigation.

Dated this _____ day of _____, _____

_____
    Hon. Ricardo S. Martinez
    United States District Judge