UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASAF EREZ,<br><br>            Plaintiff,<br><br>    v.<br><br>CHAD STEUR d/b/a CHAD STEUR LAW, LLC; CHAD STEUR LAW, LLC,<br><br>            Defendants. | Case No. C12-2109RSM<br><br>TAXATION OF COSTS |

Costs in the above-entitled cause are hereby taxed against DEFENDANT – CHAD STEUR LAW, LLC and on behalf of PLAINTIFF – ASAF EREZ in the unopposed amount of $415.00 and included in the judgment.

Entered this ___23rd___ day of December, 2014.

William M. McCool, Clerk
U. S. District Court

By: ___S/ JOSEPH WHITELEY___
     Joseph Whiteley, Deputy in Charge

TAXATION OF COSTS -1